AO 256 Rev. 2/86

Cuyahoga

| | | | |
|---|---|---|---|
| CRIMINAL DOCKET — U.S. DISTRICT COURT | vs. 1 AL-HASHASH, AMMAR | Case Filed Mo. Day Yr. 08 05 92 | Docket No. Def. 1:92CR00255 01 |
| PO ☐ 0647 01 4717 Assigned Disp./Sentence | ☐ WRIT ☐ JUVENILE ☐ ALIAS | No. of Def's 01 | U.S. MAG. CASE NO. |
| Misd. ☐ Felony ☒ District Off Judge/Magistr. | OFFENSE ON INDEX CARD | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY HOLD |
|---|---|---|---|---|
| 922(g)(5) & 924(a)(2) | Illegal Alien in possession of firearms (Ct 1) | 1 | | |
| | **SUPERSEDING INFORMATION** | | | |
| 18:922(g)(5) & 18:924(a)(2) | Illegal Alien in poss. of firearm (ct 1) & ammunition (ct 2) | 1 1 | | |

SUPERSEDING COUNTS

## II. KEY DATE

| INTERVAL ONE | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | END INTERVAL TWO |
|---|---|---|
| KEY DATE EARLIEST OF { ☐ arrest ☐ sum'ns ☐ custody ☐ appears on complaint } | KEY DATE 8/5/92 APPLICABLE { ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony W/waiver } | KEY DATE 8/25/92 10/6/92 a) ☒ 1st appears on pending charge /R40 b) ☐ Receive file R20/21 c) ☒ Supsdg: ☐ Ind ☒ Inf d) ☐ Order New trial e) ☐ Remand f) ☐ G/P Withdrawn | KEY DATE 10-20-92 APPLICABLE { ☐ Dismissal ☒ Pled guilty ☐ Nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J. ☐ After N.G. ☐ After nolo } |
| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 10-20-92 | SENTENCE DATE 12-17-92 | ☐ PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▷ | INITIAL/NO. | OUTCOME: ☐ DISMISSED |
|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING { Date Scheduled ▷ Date Held ▷ } | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | | ☐ WAIVED ☐ NOT WAIVED Tape Number | | |
| COMPLAINT ▷ | | | | ☐ INTERVENING INDICTMENT | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS — U.S. Attorney or Asst.

David A. Sierleja    216/363-3947

Defense: 1 ☐ CJA  2 ☒ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

Stanley Kammer
1208 Standard Bldg.
Cleveland, OH  44113
216/781-6807

Deft: Ammar Al-Hashash
      12055 Edgewater
      Apt 304
      Lakewood, OH  44107

BAIL ● RELEASE

**PRE-INDICTMENT**
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
☐ Fugitive ☐ Pers. Rec. ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

**POST-INDICTMENT**
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
☐ Fugitive ☐ Pers. Rec. ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| | | | | | |
| | | | | | |

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO. | Yr. 1:92CR0255 Docket No. | Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT PAGE ___ OF ___  AL-HASHASH, AMMAR  J. Manos  V. PROCEEDINGS | VI EXCLUDABLE DELAY Start Date End Date | Ltr Code | Total Days | LETTER CODES |
|---|---|---|---|---|---|---|---|
| 8/5/92 | | 1 | INDICTMENT (2p) sln | | | | |
| 8/12/92 | | 2 | NOTICE of sch ARR: 8/25/10:15 a.m., Rm 250 Issd (1p) sln | | | | |
| 8/25/92 | | 3 | MINUTES of procdgs. Manos, J. Perkins, r (2p) sln  Deft ARR, P/NG ent. Bond $5,000 unsecured set w/PT supv. | | | | |
| 8/25/92 | | 4 | APPEARANCE Bond (1p) sln | | | | |
| 9/21/92 | | 5 | NOTICE of pretial; 9/30/10:15a.m, room 250; issd rs | | | | |
| 10/6/92 | | 6 | SUPERSEDING INFORMATION (2p) ... Plea agreement; trial sched for 11/23/92 at 9:30. | | | | |
| 10/14/92 | | 7 | NOTICE of sch Arr on superseding information on 10/20/92 at 10:15am, in rm 250. iss 10/14/92 (1p) jr | | | | |
| 9/22/92 | | 6 | ... w/drawn of P/G, note on fixing of guilt (1p) rs | | | | |
| 10/20/92 | | 8 | MINUTES of procdgs. Manos, J. Trischan, r. (1p) tjm  P/NG w/drawn, P/GUILTY ent to ct. II of the Superseding Info. bond cont. | | | | |
| 12/10/92 | | 9 | NOTICE of Sch Sent: 12/15/10;15 a.m., Rm 250 Issd (1p)sln | | | | |
| 12/15/92 | | 10 | MINUTES of procdgs. Manos,J. Staiduhar, r (2p) sln  SENTENCE: Committed to the custody of BOP for 5 mos. Per of 3 yrs supv release. 1st 5 mos of supv begin after incarceration deft shall remain in place of residence unless given written permission in adv by USPO work/medical release priv granted. Self surr next month. $50.00 spec asses. Ct 1 dism. | | | | |
| 12/17/92 | | 11 | JUDGMENT & Commitment Order under the Sentencing REform ACt. Manos, J. Issd 12/18/92 EOD:12/18/92 (4p) sln | | | | |
| 1/8/93 | | 12 | SURRENDER order; dft is ordered to surrender himself to the A/G by reporting to FCI Manchester at, Manchester, KY on 1/11/93, Manos, J. Issd 1/8/93 EOD: 1/25/93 (1p) rs | | | | |
| 1/27/93 | | 13 | JUDGMENT & committment orde rtn; Dt v/s on 1/13/93 to FCI Manchester at Manchester Ky (1p) rs | | | | |
| 3/6/96 | | 14 | MOTION by Gov to destroy Firearm c/m 3/6/96 (4pgs) rs | | | | |
| 3/18/96 | | | MARGINAL entry order granting mot (#14) of USA to destroy firearms. Manos, J. issd: 3/18/96(EOD: 3/19/96)(VD) | | | | |
| 3/18/96 | | 15 | ORDER that prop seized by Immigration be destroyed Manos, J. issd: 3/18/96 (EOD: 3/19/96)(VD) | | | | |