IN THE UNITED STATES DISTRICT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:92CR02550-01 |
| Plaintiff | ) ) | JUDGE **JUDGE GWIN** |
| v | ) ) | MOTION FOR EXPUNGEMENT OR IN ALTERNATIVE SEALING OF RECORD |
| AMMAR AL-HASHASH | ) ) | |
| Defendant | ) | |

Now comes the Defendant, AMMAR AL-HASHASH, by and through his counsel, BARRY GOLOBOFF and moves this Honorable Court to Expunge the file and or the conviction of December 17, 1992 or in the alternative seal the records thereof for the reasons set forth in the Affidavit annexed hereto.

_____
BARRY GOLOBOFF
ATTORNEY FOR DEFENDANT
3659 Green Road, #300
Cleveland, Ohio 44122
Tel: 216. L831.6767
Fax: 216.831.6799
Email: bgoloboff@sbcglobal.net

NOTICE

The Assistant District Attorney will take Notice that the within Motion will be on for hearing at the convenience of the Court.

_____
ATTORNEY FOR DEFENDANT

CERTIFICATION OF SERVICE

I certify that a copy of the within Motion was left for service upon the Assistant Prosecuting Attorney for the Northern District of Ohio with the Clerk of Court or delivered by hand to the office of same this ___ day of October, 2013.

_____
ATTORNEY FOR DEFENDANT

| UNITED STATES OF AMERICA | ) | | |
|---|---|---|---|
| STATE OF OHIO | ) | SS | AFFIDAVIT |
| CUYAHOGA COUNTY | ) | | |

AMMAR AL-HASHASH, being first duly sworn, deposes and says that Affiant was convicted for Illegal Possession of Firearm and Ammunition by an Illegal Alien on or about December 17, 1992, under 18:9221(g)(5) and has completed sentence, parol and adult supervision, paid all costs and fines. Further, Affiant avers that Affiant has not been arrested nor charged with any felony, state or federal, nor any misdemeanor other than minor misdemeanors for traffic offenses. Further Affiant has married, has children, has become a citizen of the United States and the State of Ohio, owns real estate, including his residence, and is involved in a family business, and has lived an exemplary life since said conviction. Further Affiant urges this Honorable Court to grant an Order of Expungement or Sealing of his record.

FURTHER AFFIANT SAYETH NAUGHT.

_____
AMMAR AL-HASHASH

SWORN TO AND SUBSCRIBED before me this ___ day of October, 2013.

_____
NOTARY PUBLIC

BARRY D. GOLOBOFF, Atty.
NOTARY PUBLIC • STATE OF OHIO
My commission has no expiration date
Section 147.03 O.R.C.